UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Charlie Howard, Jr.**, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No.: 09-593 |
| ) | |
| ) | |
| **Prattville Credit Corporation,** et al., ) | |
| ) | |
| *Defendants*. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff and Defendant Prattville Credit Union, by and through their respective counselors, and stipulate, pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, that all claims alleged in the Complaint by Plaintiff against Prattville Credit Corporation are due to be dismissed with prejudice, with the Parties bearing their own costs, attorneys' fees, and expenses.

Pursuant to Rule II.C.3 of this Court's Administrative Procedures, Attorney Anthony B. Bush certifies that he has the express permission and agreement of counsel for Defendant to affix his respective electronic signature hereon and further certifies that the Parties have agreed to the terms and conditions of this Joint Stipulation of Dismissal.

**RESPECTFULLY SUBMITTED** this the 21st day of August, 2009.

/s/ **Anthony B. Bush**
Anthony Brian Bush (BUS028)
Bar Id.: ASB-7306-A54B
LEWIS, BUSH & FAULK, LLC
P.O. Box 5059 (36103)
*The Bailey Building*
400 South Union Street, Suite 230
Montgomery, Alabama 36104
Phone:(334) 263-7733

Facsimile:(334) 832-4390
Email:anthonybbush@yahoo.com

**/s/ C. Lee Reeves**
C. Lee Reeves (REE004)
Attorney for Defendant,
Prattville Credit Corporation
**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:    (205) 930-5100
Fax:    (205) 930-5101

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a true and accurate copy of the foregoing document via either United States Postal Mail, properly addressed and postage pre-paid or through this court's CM/ECF Electronic Filing system, on this the 21st day of August, 2009, on the following:

**All Parties of Record.**

**/s/ Anthony Brian Bush**
Anthony B. Bush (BUS028)
Of Counsel