**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 24, 2009

# NOTICE OF VOLUNTARY DISMISSAL

Re:   Charlie Howard, Jr. v. Prattville Credit Corporation et al
      Civil Action No. 2:09-cv-593-CSC

Pursuant to the #11 Joint Stipulation of Dismissal with Prejudice filed by the parties on 8/21/09 and Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed with prejudice, without an order of the court and has been closed and removed from the docket of this court.